# EXHIBIT H

**RLX10 Design Patent Infringement Analysis**

This exhibit provides a visual comparison between selected figures of U.S. Design Patent No. D1,076,905 S and photographs of the accused RLX10 product.

The images on the left show figures from the D'905 Patent. The images on the right show corresponding views of the accused RLX10 product.

The comparison illustrates that the accused RLX10 product has the same overall visual impression as the claimed design, including the circular magnetic ring, support arm, hinge arrangement, circular suction base, circumferential grip texture, and folding configuration.





