# EXHIBIT I

**RLX11 Design Patent Infringement Analysis**

This exhibit provides a visual comparison between selected figures of U.S. Design Patent No. D1,076,905 S and photographs of the accused RLX11 product.

The images on the left show figures from the D'905 Patent. The images on the right show corresponding views of the accused RLX11 product.

The comparison illustrates similarities in the overall configuration of the accused RLX11 product and the claimed design, including the circular mounting head, support arm, hinge arrangement, circular suction base, circumferential grip texture, and folding configuration. Although the RLX11 product includes a charging-disc variation, the accused product retains the same overall visual impression as the claimed design.





